# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Case No.: 23-cr-00289-ABJ** |
| | : | |
| **MATTHEW LOGANBILL,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>NOTICE OF WITHDRAWAL</u>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Douglas Meisel, as counsel for the United States, is terminating his appearance as counsel of record in this matter.  All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:      /s/ *Douglas Meisel*
DOUGLAS MEISEL
Trial Attorney, Detailee
NY Bar No. 4581393
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: 202-923-7821
Email: Douglas.Meisel@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 20th day of September, 2023, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.


By:    /s/ *Douglas Meisel*
       DOUGLAS MEISEL
       Trial Attorney, Detailee