UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | CASE NO. 23-cr-289 (ABJ) |
| | : | |
| **MATTHEW LOGANBILL,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO AMEND THE INDICTMENT

The United States, by and through its counsel the U.S. Attorney for the District of Columbia, request that this Honorable Court amend the caption of the indictment, [Dkt. #1], to include that Defendant Matthew Loganbill is also known as "Matt Loganbill." Defendant Loganbill was indicted as "Matthew Loganbill" on August 23, 2023, [Dkt. #1]. Shortly thereafter, defense counsel for Defendant Loganbill informed the government that Defendant Loganbill's legal first name was "Matt," not "Matthew."

The defense has no objection to amending the indictment to add that Defendant Loganbill is also known as "Matt Loganbill." Additionally, there is no question that Defendant Loganbill is the person who was indicted. *United States v. Perez*, 769 F.2d 1336, 1338 (9th Cir. 1985) ("The amendment simply conformed the indictment to the accused's preferred name."), *rev'd on other grounds United States v. Cabaccang*, 332 F.3d 622 (9th Cir. 2003); *Capriola v. United States*, 61 F.2d 5, 12 (7th Cir. 1932) (no error where indictment charged "Louis" when "his real name is Luigi" because "[t]here is no question . . . that the appellant was the party indicted."); *United States v. Kegler*, 724 F.2d 190, 194-195 (D.C. Cir. 1983) ("Correcting the name by changing three letters did not change the nature of the crime charged or charge a different offense from that alleged by the grand jury. It did not prejudice appellant's substantial rights.

'The amendment was only one of form.'") (internal citations omitted).

The government requests the Court amend the indictment because there is no objection from Defendant Loganbill and because the amendment does "not change the nature of the crime charged or charge a different offense from that alleged by the grand jury." *Id.*

Respectfully submitted,

FOR THE UNITED STATES
MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

/s/ *Brian D. Brady*
Brian D. Brady
Trial Attorney, Department of Justice
DC Bar No. 1674360
601 D Street, N.W.
Washington, D.C. 20530
(202) 834-1916
Brian.Brady@usdoj.gov

/s/ *Alexander Diamond*
Alexander Diamond
Assistant United States Attorney
U.S. Attorney's Office for the D.C.
601 D Street, N.W.
Washington, D.C. 20530
(202) 506-0427
ADiamond@usa.doj.gov