UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW LOGANBILL,<br><br>    Defendant. | Crim. Action No. 1:23CR289 |

**DEFENSE SUPPLEMENT TO RESPONSE TO LEGAL INSTRUCTIONS**

  Matthew Loganbill, through counsel, submits the following supplement to the defense position on legal instructions. ECF. No. 18-2.

  With respect to Counts Two and Three, charging violations of 18 U.S.C. § 1752(a)(1) and (a)(2), the defense submits that the Court should follow the legal instruction defining "knowingly" for purposes of this statute that was adopted by Judge Lamberth in *United States v. Sturgeon*, 1:21CR91, ECF. No. 93. Counsel has attached Judge Lamberth's Note to Counsel on this issue as Exhibit 1 to the instant Supplement.

            Respectfully submitted,

            A. J. KRAMER
            FEDERAL PUBLIC DEFENDER

             /s/
            _____
            Elizabeth Mullin
            Assistant Federal Public Defender
            625 Indiana Avenue, N.W., Suite 550
            Washington, D.C. 20004
            (202) 208-7500