UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG MICHAEL BINGERT and<br>ISAAC STEVE STURGEON,<br><br>*Defendants.* | Case Nos. 1:21-cr-91-1-RCL,<br>1:21-cr-91-2-RCL |

### NOTE TO COUNSEL

Having reviewed the proposed legal instructions and definitions in the parties' trial briefs, ECF Nos. 160 and 162, and considered the arguments made on disputed instructions and definitions during trial on May 17, 2023, the Court has determined that it will adopt the instructions and definitions proposed by the government, with one exception. Specifically, to prove that defendants "knowingly" committed the relevant acts in a "restricted building or grounds" for purposes of Counts Four, Five, and Six, the government must prove not only that defendants knew they were in a "posted, cordoned off, or otherwise restricted area," but also that they knew that it was such an area "of a building or grounds where the President or other person protected by the Secret Service is or will be temporarily visiting." 18 U.S.C. § 1752(c)(1)(B).

Date: May 19, 2023

Royce C. Lamberth
United States District Judge

1