# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-289 (ABJ) |
| | : | |
| MATTHEW LOGANBILL, | : | |
| | : | |
| Also Known As "Matt Loganbill" | : | |
| | : | |
| Defendant. | : | |

## Government Exhibits

| _Ex. No._ | _Description of Exhibit_ | _Received in Evidence_ |
|---|---|---|
| 101.1 | Still frame from CCTV Upper West Terrace Doors at 2:42 p.m. showing Loganbill entering Capitol | October 13, 2023 |
| 101.2 | Still frame from CCTV hallway off Upper West Terrace Doors at 2:44 p.m. showing Loganbill moving towards stairs to Rotunda | October 13, 2023 |
| 101.3 | BWC of Brown at 3:03 p.m. showing Loganbill interacting with a police officer | October 13, 2023 |
| 101.4 | BWC of Danko at 3:06 p.m. showing Loganbill in the Rotunda | October 13, 2023 |
| 101.5 | BWC of Huff at 3:06 showing Loganbill in the Rotunda | October 13, 2023 |
| 101.6 | BWC of Huff at 3:07 showing Loganbill in the Rotunda | October 13, 2023 |
| 102.1 | BWC from Officer Amen | October 13, 2023 |
| 102.2 | BWC from Officer Holland | October 13, 2023 |
| 102.3 | BWC from Officer Brown | October 13, 2023 |
| 102.4 | BWC from Officer Coletti | October 13, 2023 |

| 102.5 | BWC from Officer Coley | October 13, 2023 |
|---|---|---|
| 102.6 | BWC from Officer Danko | October 13, 2023 |
| 102.7 | BWC from Officer Huff | October 13, 2023 |
| 103.1 | CCTV Upper West Terrace Door at 2:40 p.m. | October 13, 2023 |
| 103.2 | CCTV Foyer off Upper West Terrace Door leading to the Rotunda at 2:44 p.m. | October 13, 2023 |
| 103.3 | CCTV Rotunda (South) at 2:45 p.m. | October 13, 2023 |
| 103.4 | CCTV Rotunda (North) at 2:45 p.m. | October 13, 2023 |
| 103.5 | CCTV Rotunda (South) at 3:04 p.m. | October 13, 2023 |
| 103.6 | CCTV Rotunda (North) at 3:04 p.m. | October 13, 2023 |
| 103.7 | CCTV East Foyer Facing West at 3:11 p.m. | October 13, 2023 |
| 103.8 | CCTV East Foyer Facing East at 3:11 p.m. | October 13, 2023 |
| 103.9 | Compilation video combining Rotunda and East Foyer CCTV with Gov Ex 202.8 | October 17, 2023 |
| 103.10 | CCTV NW Capitol Grounds 1:50 p.m. to 2:10 p.m. | October 17, 2023 |
| 103.10a | Still frame of Gov Ex 103.10 with Loganbill circled at 1:59 p.m. | October 17, 2023 |
| 103.10b | Still frame of Gov Ex 103.10 with Loganbill circled at 2 p.m. | October 17, 2023 |
| 103.10c | Still frame of Gov Ex 103.10 with Loganbill circled at 2:04 p.m. | October 17, 2023 |
| 103.10d | Still frame of Gov Ex 103.10 with Loganbill circled at 2:06 p.m. | October 17, 2023 |
| 103.10e | Still frame of Gov Ex 103.10 with Loganbill circled at | October 17, 2023 |

| | 2:09::37 p.m. | |
|---|---|---|
| 103.10f | Still frame of Gov Ex 103.10 with Loganbill circled at 2:09:53 p.m. | October 17, 2023 |
| 103.10g | Still frame of Gov Ex 103.10 with Loganbill circled at 1:50 p.m. | October 17, 2023 |
| 103.11 | CCTV NW Stairs outside of the Capitol at 2:34 p.m. | October 17, 2023 |
| 103.12 | CCTV of the NW section of Capitol Grounds at 1:48 p.m. to 1:50 p.m. | October 17, 2023 |
| 103.12a | Still frame of Gov Ex 103.12 with the defendant circled entering the area. | October 17, 2023 |
| 103.12b | Still frame of Gov Ex 103.12 with the defendant circled near the portable restroom. | October 17, 2023 |
| 201 | Still Frames and Pictures from Open-Source | October 13, 2023 |
| 201.1 | Defendant Walking to Capitol without helmet | October 13, 2023 |
| 201.2 | Defendant near Capitol with helmet | October 13, 2023 |
| 201.3 | Defendant in Capitol with gas mask on | October 13, 2023 |
| 201.4 | Defendant on Capitol steps with helmet | October 13, 2023 |
| 201.5 | Defendant at the Bottom of the Capitol steps | October 13, 2023 |
| 202 | Open-Source Videos | October 13, 2023 |
| 202.1 | Loganbill walking to Capitol with Alex Jones | October 13, 2023 |
| 202.2 | K.B. Video LWT | October 13, 2023 |
| 202.3 | Loganbill Enters Rotunda first time | October 13, 2023 |
| 202.4 | Hallway off Rotunda just before Loganbill enters | October 13, 2023 |
| 202.5 | Loganbill walks through hallway off the Rotunda | October 13, 2023 |

| 202.6 | Loganbill reenters Rotunda from hallway off Rotunda | October 13, 2023 |
|---|---|---|
| 202.7 | Loganbill reenters Rotunda from hallway second angle | October 13, 2023 |
| 202.8 | Loganbill in Rotunda and forced out to East Foyer | October 13, 2023 |
| 202.9 | Loganbill moving from Rotunda to East Foyer second angle | October 13, 2023 |
| 202.10 | Loganbill exits the Capitol | October 13, 2023 |
| 202.11 | Loganbill remains on the Capitol steps | October 13, 2023 |
| 203 | Other Defendant Videos | October 13, 2023 |
| 203.1 | Upper West Terrace Door with mob and fire alarms | October 13, 2023 |
| 203.2 | Upper West Terrace Door with crowd chanting just before breach | October 13, 2023 |
| 203.3 | Upper West Terrace Door with crowd chanting just before breach, second video | October 13, 2023 |
| 301 | Loganbill's Cell phone | October 13, 2023 |
| 301.1 | Video taken by Loganbill walking to the Capitol with the crowd chanting, "Trump won" | October 13, 2023 |
| 301.2 | Video of Loganbill talking into the camera as he walks to the Capitol | October 13, 2023 |
| 301.3 | Video taken by Loganbill of Alex Jones | October 13, 2023 |
| 301.4 | Video taken by Loganbill of the LWT | October 13, 2023 |
| 301.5 | Video taken by Loganbill on LWT you can hear the mob chanting, "USA," "forward," "lets take back our country we only have one shot" | October 13, 2023 |
| 301.6 | Video taken by Loganbill in a room off the Rotunda wearing a | |

| | gas mask | |
|---|---|---|
| 301.7 | Video taken by Loganbill in the Rotunda | October 13, 2023 |
| 301.8 | Text message to T.L., "Supposed to meet up with a group of 1000+ military guys tomorrow" | October 13, 2023 |
| 301.9 | Text message to T.L.instructing her to download WhatsApp (encrypted) and send some info he wouldn't share over messenger. | October 13, 2023 |
| 301.10 | Text message to T.L., "not a single Democratic protester" | October 13, 2023 |
| 301.11 | Text message to T.L., "Are you watching what's going on in the house/ elector certification" | October 13, 2023 |
| 301.12 | Text message to T.L., "I just came out from inside" | October 13, 2023 |
| 301.13 | Text message to T.L.about deleting his facebook | October 13, 2023 |
| 301.14 | Text message to T.L.that it won't get easier in the coming days and that he will not sit idly by and leave his grandchildren a communist country | October 13, 2023 |
| 301.15 | Text message with Individual-1. After being asked if he is alive, Loganbill responds with a video of him inside the Capitol with a gas mask | October 13, 2023 |
| 301.16 | Text message stating that he told a police officer "we came peacefully this time, next time we won't" | October 13, 2023 |
| 301.17 | Text message stating that it was him in the video (Gov Ex 301.4 | October 13, 2023 |
| 301.18 | Text message stating, "after they fired about 10 canisters into the crowd, we took the capital . . . just pushed through the line." | October 13, 2023 |
| 301.19 | Text message stating, "they gassed us inside as well" | October 13, 2023 |

| 301.20 | Text message with K.B asking if he should bring a cooler for "ear necklaces" | October 13, 2023 |
|--------|------------------------------------------------------------------------------|------------------|
| 301.21 | Text message to Matt stating he was going to DC, "We're rolling heavy" | October 13, 2023 |
| 301.22 | Text message to an unsaved contact, "We are heading out, most everything is over, hope we sent a message, hope they got the message." | October 13, 2023 |
| 301.23 | Photo sent to Sean via text message. Photo depicts Loganbill on the East Capitol steps drinking a Mountain Dew | October 13, 2023 |
| 301.24 | Video taken by Loganbill near the Old Senate Chamber | October 13, 2023 |
| 302 | Loganbill's Facebook (FB) | October 13, 2023 |
| 302.1 | Loganbill FB Profile Page | October 13, 2023 |
| 302.2 | Loganbill FB Profile Picture | October 13, 2023 |
| 302.3 | Screenshot of picture collage in/around the Capitol with FB post by Loganbill cut off. | October 13, 2023 |
| 302.4 | Screenshot of picture collage in/around the Capitol with FB post by Loganbill. Picture collage cut off. | October 13, 2023 |
| 302.5 | Screenshot of Loganbill reply, "I crawled under the scaffolding . . . and into the Capitol." | October 13, 2023 |
| 302.6 | Screenshot of Loganbill reply, "looks like it may be a long drawn out affair." | October 13, 2023 |
| 302.7 | FB post, "It's harder to get into Costco than the U.S. Capital" | October 13, 2023 |
| 302.8 | FB reply, "Then we pushed forward and broke the line into the Capitol" | October 13, 2023 |

| 302.9 | Loganbill's FB groups | October 13, 2023 |
|---|---|---|
| 302.10 | FB post regarding democrats cheating and ballot's not registering | October 13, 2023 |
| 302.11 | Searches for election results and election 2020 | October 13, 2023 |
| 302.12 | FB comment, "Democrats too stupid to, even cheat right." | October 13, 2023 |
| 302.13 | FB comment regarding lost ballot are never for R candidates | October 13, 2023 |
| 302.14 | FB minfeed regarding democrats cheating on the election | October 13, 2023 |
| 302.15 | FB comment regarding Trump winning by a large margin in various states. He hope Trump "catch these traitors." | October 13, 2023 |
| 302.16 | FB comment regarding RINOs giving up election fight | October 13, 2023 |
| 302.17 | FB minified regarding democrats cheating and voter fraud | October 13, 2023 |
| 302.18 | FB comment regarding 887,000+ new voters | October 13, 2023 |
| 302.19 | FB comment, "If a person isn't willing to fight for one (the right to vote,) I doubt they will fight for others." | October 13, 2023 |
| 302.20 | FB comment on accepting stolen election and barely making a wimper. | October 13, 2023 |
| 302.21 | FB comment, "I will not go quietly into the night." | October 13, 2023 |
| 302.22 | FB minified, "Biden IS NOT winning." | October 13, 2023 |
| 302.23 | FB Comment regarding PA ballots being thrown out | October 13, 2023 |
| 302.24 | FB comment regarding Michigan called a special session regarding voting. | October 13, 2023 |

| 302.25 | FB comment regarding Rudy outlining all of the fraud | October 13, 2023 |
|---|---|---|
| 302.26 | FB comment, "NEVER Concede !" | October 13, 2023 |
| 302.27 | FB comment, "The presidency has not been decided" | October 13, 2023 |
| 302.28 | FB post with a GIF (Gov Ex 302.29, War is Coming) with status, "You think Democrats want unity." Comments and Loganbill's comment in response, "I don't see any other outcome." | October 13, 2023 |
| 302.29 | War is coming GIF from FB post (Gov Ex 302.28). | October 13, 2023 |
| 302.30 | FB minified, "More election fraud . . . " | October 13, 2023 |
| 302.31 | FB post regarding the electoral count outlining different states, electoral vote totals, and December 14 being the date for President Elect | October 13, 2023 |
| 302.32 | Picture shared with exhibit 302.31 outlining how Congress can decide the election due to fraud | October 13, 2023 |
| 302.33 | FB comment regarding extra ballots and fraud | October 13, 2023 |
| 302.34 | FB status update regarding PA election challenges and picking of electors | October 13, 2023 |
| 302.35 | FB comment, "I will fight with sticks and rocks if I run out of ammo." | October 13, 2023 |
| 302.36 | FB minified regarding reading lawsuits, watching hearings, reading affidavits and how the election was rigged. | October 13, 2023 |
| 302.38 | FB comment that we conservatives have been silent too long | October 13, 2023 |
| 302.39a | FB comment that he has not given up and that the hard fight is coming | October 13, 2023 |

| 302.39b | FB comment that he is not optimistic they have the fortitude to uphold the constitution | October 13, 2023 |
|---|---|---|
| 302.39c | FB comment that he prayed it wouldn't come to this and that he is at peace with what comes next | October 13, 2023 |
| 302.39d | FB comment that he will not die peacefully and hand his grandchildren a communist county, that he will give his all | October 13, 2023 |
| 302.39e | FB comment that the USA will cease to exist if SCOTUS does not side with his side. That the USA is done. | October 13, 2023 |
| 302.39f | FB comment that the hard fight is coming | October 13, 2023 |
| 302.39g | FB comment that he will stand up to evil because the leaders will not | October 13, 2023 |
| 302.39h | FB comment that there is no rule of law because SCOTUS and states are not following the law. | October 13, 2023 |
| 302.40 | FB post regarding most fraudulent election ever | October 13, 2023 |
| 302.41 | FB comments by Loganbill and others context (some responses omitted) relating to USSC rejecting a voter fraud law suit and how the country is over | October 13, 2023 |
| 302.42 | FB comment about voter fraud being the end of the USA | October 13, 2023 |
| 302.43 | FB comment to two senators regarding voter fraud and how they will be held accountable for not representing the people. | October 13, 2023 |
| 302.44 | FB comment to Sen McConnell about voter fraud and how they will be accountable for not representing the people. | October 13, 2023 |
| 302.46 | FB comment, "They haven't seen  a riot , till our side gets | October 13, 2023 |

| | | |
|---|---|---|
| | started." | |
| 302.47 | FB minified regarding counting electoral votes on January 6 and how Pence should be behind glass and they come up with additional votes for Trump | October 13, 2023 |
| 302.48 | FB post about standing up to democrats that stole the election | October 13, 2023 |
| 302.49 | FB post to call a senator about challenging the electoral vote on January 6 with picture (Gov Ex 302.50) | October 13, 2023 |
| 302.50 | PB Picture posted with Gov Ex 302.49 | October 13, 2023 |
| 302.51 | FB comment asking for advice for a trip to DC on Jan 6 | October 13, 2023 |
| 302.52 | FB message discussing objecting to the electoral college vote and previous instances where objections were lodged | October 13, 2023 |
| 302.53 | FB message stating Loganbill is thinking about going to DC for the Stop the Steal rally | October 13, 2023 |
| 302.54 | FB status on details of where to be in DC on Jan 6 | October 13, 2023 |
| 302.55 | FB comment, "mine will come down to if Biden is inaugurated" | October 13, 2023 |
| 302.56 | FB comment stating, "All most there, to stand beside him, behind him, or in front of him. We are here to do our part to save this nation." | October 13, 2023 |
| 302.57 | FB comment regarding having a 1,000 ex-military in his group so they will not be a target. | October 13, 2023 |
| 302.58 | FB post with video (Gov Ex 302.59) stating, "historic day" | October 13, 2023 |
| 302.59 | FB video posted with Gov Ex 302.58. Loganbill marching to the Capitol | October 13, 2023 |

| 302.60 | FB post with video (Gov Ex 302.61) of Loganbill recording Alex Jones outside the Capitol. Loganbill is asked in the comments if he went inside the Capitol and he gives a thumbs up and states he broke into the Capitol after being tear gassed. | October 13, 2023 |
|---|---|---|
| 302.61 | FB video posted with Gov Ex 302.60. Loganbill recorded this video of Alex Jones stating the politicians have bitten off more than they can chew, that the American sleeping giant is awake, he states the election is stolen. Jones ends by saying 1776 vs the new world order and the crowd cheers | October 13, 2023 |
| 302.62 | FB messages where Loganbill states he went to DC, he shares a video of himself in a gas mask and he states, "I take my freedom seriously, my grand children's even more so" and "it's not going to get easier or better" | October 13, 2023 |
| 302.63 | Video shared in Gov Ex 302.62. Video shows Loganbill inside the Capitol in a gas mask. | October 13, 2023 |
| 302.64 | FB comments to post of Jan 6 riot. Loganbill states he went under scaffolding and that it was crammed. This is the official FB record of the screen shot (Gov Ex 302.5) | October 13, 2023 |
| 302.65 | FB comment stating, "we were trying every means possible to stop these idiots from stealing the presidency and destroying this nation." | October 13, 2023 |
| 302.66 | FB comment stating police officers stopped them outside the chamber and that after 10-15 minutes of back and forth the mob walked out. | October 13, 2023 |

| 302.67 | FB comment that the USA died when SCOTUS refused to hear the state's election cases | October 13, 2023 |
|---|---|---|
| 302.68 | FB comment about how easy they took the Capitol peacefully, next time . . . | October 13, 2023 |
| 302.69 | FB comment that Antifa broke windows in the Capitol and that the rest of them "were there to show that 'we' could take what we wanted peacefully. And we did . . . " | October 13, 2023 |
| 302.70 | FB comment regarding the police sending tear gas into the crowd and it set the crowd off | October 13, 2023 |
| 302.71 | FB comment stating he told a commanding officer in the Capitol, "you saw what we accomplished without violence, if/when we come back it will not be this peaceful." | October 13, 2023 |
| 302.72 | FB comment, "We rioted before" | October 13, 2023 |
| 302.73 | FB comment recounting telling a police officer that they will not be peaceful when they return | October 13, 2023 |
| 302.74 | FB comment, "Me when it was my turn to walk." Comment also contains a picture of Loganbill with a gas mask on. | October 13, 2023 |
| 302.75 | FB comment, "shoving is not violence" | October 13, 2023 |
| 302.76 | FB post calling Richard Barnett a hero for breaking into the Speaker's office | October 13, 2023 |
| 302.77 | FB comment where Loganbill says he deleted his post about entering the Capitol due to the FBI looking into it. | October 13, 2023 |
| 302.78 | FB comment that the laws do not matter anymore because states do not follow their Constitutions and SCOTUS | October 13, 2023 |

| | refuses to hear grievances between states | |
|---|---|---|
| 302.79a | FB message where Loganbill is asked for photos and video from Jan 6 and Loganbill sends two pictures of himself and two videos (part 1 of message) | October 13, 2023 |
| 302.79b | FB message where Loganbill is asked for photos and video from Jan 6 and Loganbill sends two pictures of himself and two videos (part 2 of message) | October 13, 2023 |
| 302.80 | Video 1 sent in Gov Ex 302.79. Video is taken by Loganbill on Jan 6 in the Rotunda | October 13, 2023 |
| 302.81 | Video 2 sent in Gov Ex 302.79. Video is taken by Loganbill on Jan 6 in the Rotunda with a horizontal orientation. | October 13, 2023 |
| 302.82 | FB message stating there "was a face off for about 10 minutes – of JUST yelling back and forth . . . The only place they wouldn't give was the hallway towards the Rep. chamber" | October 13, 2023 |
| 302.83 | FB message stating this only motivated our group to be more prepared | October 13, 2023 |
| 302.84 | FB message where he states that he hope Trump does the insurrection act soon and "I think he's done, the political fight is over, there's only one thing left." | October 13, 2023 |
| 302.86 | FB comment stating Dominion did not count Trump supporters votes | October 13, 2023 |
| 302.87 | FB post discussing fishy voting numbers. | October 13, 2023 |
| 302.88 | FB reply asking what the person did to stop the destruction | October 13, 2023 |
| 302.89 | FB comment stating his flag is upside down and at half-mast. He states that he will take his | October 13, 2023 |

| | flag down January 20. | |
|---|---|---|
| 303 | Digital Storage Devices | October 13, 2023 |
| 303.3 | Document written by Loganbill about his time on Capitol Grounds | October 13, 2023 |
| 401 | Portable Two-Way Radio | October 13, 2023 |
| 501 | Twelfth Amendment to U.S. Constitution | October 13, 2023 |
| 502.1 | 3 U.S.C. § 15 | October 13, 2023 |
| 502.2 | 3 U.S.C. § 16 | October 13, 2023 |
| 502.3 | 3 U.S.C. § 17 | October 13, 2023 |
| 502.4 | 3 U.S.C. § 18 | October 13, 2023 |
| 503 | Congressional Record of the Senate, Wednesday, January 6, 2021 | October 13, 2023 |
| 504 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | October 13, 2023 |
| 505 | Concurrent Resolution, dated January 3, 2021 | October 13, 2023 |
| 506 | US Capitol Survey Map | October 13, 2023 |
| 507 | Timeline of Election Cert Video | October 13, 2023 |
| 508 | Certification of Congressional Videos | October 13, 2023 |
| 601 | Capitol Riot Overview Video | October 13, 2023 |
| 601.1 | Screenshot of Gov Ex 600 (overhead view of Capitol) | October 17, 2023 |
| 601.2 | Zoomed in screenshot of 601.1 | October 17, 2023 |
| 602 | LWT CCTV Time-lapse Video | October 13, 2023 |

| | | |
|---|---|---|
| 603 | Evacuation of VP Video | October 13, 2023 |
| 604 | Capitol restricted perimeter map | October 13, 2023 |
| 605.1 | Area closed signs along outer perimeter | October 13, 2023 |
| 605.2 | Mob outside of Capitol with fencing and area closed signs | October 13, 2023 |
| 605.3 | Mob pushing into bike racks | October 13, 2023 |
| 605.4 | View of Capitols outer and middle perimeters | October 13, 2023 |
| 605.5 | Bike rack with area closed sign | October 13, 2023 |
| 605.6 | LWT with downed bike rack fencing and intact plastic fencing | October 13, 2023 |
| 605.7 | LWT fencing and police in riot gear | October 13, 2023 |
| 605.8 | LWT mob throwing tear gas back | October 13, 2023 |
| 605.9 | Mob on restricted grounds of LWT | October 13, 2023 |
| 605.10 | LWT on January 6, 2021 | October 13, 2023 |
| 605.11 | LWT with police surrounded | October 13, 2023 |
| 606 | Map of Interior of the Capitol | October 13, 2023 |
| 701 | Capitol Buildings and Grounds and Electoral Certification | October 13, 2023 |
| 702 | Capitol CCTV Cameras | October 13, 2023 |
| 703 | ID of Defendant | October 13, 2023 |
| 704 | Loganbill's Cell Phone and Social Media | October 13, 2023 |
| 705 | Time Conversion UTC to EST/CST | October 13, 2023 |
| 706 | Loganbill's presence on the Lower West Terrace | October 17, 2023 |