# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-289 (ABJ) |
| | : | |
| MATTHEW LOGANBILL, | : | |
| | : | |
| Also Known As "Matt Loganbill" | : | |
| | : | |
| Defendant. | : | |

## Government Exhibits

| 100 Series – Close Circuit Television (CCTV), Body Worn Cameras (BWC), and Related Materials | | | | | |
|---|---|---|---|---|---|
| *Ex. No.* | *Description of Exhibit* | *Marked for I.D* | *Received in Evidence* | *Witness* | *Exhibit Sent into Jury* |
| 101.1 | Still frame from CCTV Upper West Terrace Doors at 2:42 p.m. showing Loganbill entering Capitol | 10/17/23 | 10/17/23 | Millard | |
| 101.2 | Still frame from CCTV hallway off Upper West Terrace Doors at 2:44 p.m. showing Loganbill moving towards stairs to Rotunda | 10/17/23 | 10/17/23 | Millard | |
| 101.3 | BWC of Brown at 3:03 p.m. showing Loganbill interacting with a police officer | 10/17/23 | 10/17/23 | Millard | |
| 101.4 | BWC of Danko at 3:06 p.m. showing Loganbill in the Rotunda | 10/17/23 | 10/17/23 | | |
| 101.5 | BWC of Huff at 3:06 showing Loganbill in the Rotunda | 10/17/23 | 10/17/23 | | |
| 101.6 | BWC of Huff at 3:07 showing Loganbill in the Rotunda | 10/17/23 | 10/17/23 | | |
| 102.1 | BWC from Officer Amen | 10/17/23 | 10/17/23 | | |
| 102.2 | BWC from Officer Holland | 10/17/23 | 10/17/23 | | |

| | | | | |
|---|---|---|---|---|
| 102.3 | BWC from Officer Brown | 10/17/23 | 10/17/23 | |
| 102.4 | BWC from Officer Coletti | 10/17/23 | 10/17/23 | Coletti |
| 102.5 | BWC from Officer Coley | 10/17/23 | 10/17/23 | |
| 102.6 | BWC from Officer Danko | 10/17/23 | 10/17/23 | Coletti |
| 102.7 | BWC from Officer Huff | 10/17/23 | 10/17/23 | |
| 103.1 | CCTV Upper West Terrace Door at 2:40 p.m. | 10/17/23 | 10/17/23 | Millard |
| 103.2 | CCTV Foyer off Upper West Terrace Door leading to the Rotunda at 2:44 p.m. | 10/17/23 | 10/17/23 | Millard |
| 103.3 | CCTV Rotunda (South) at 2:45 p.m. | 10/17/23 | 10/17/23 | |
| 103.4 | CCTV Rotunda (North) at 2:45 p.m. | 10-17-23 | 10-17-23 | Baboulis |
| 103.5 | CCTV Rotunda (South) at 3:04 p.m. | 10/17/23 | 10/17/23 | |
| 103.6 | CCTV Rotunda (North) at 3:04 p.m. | 10/18/23 | 10/18/23 | Brown |
| 103.7 | CCTV East Foyer Facing West at 3:11 p.m. | 10-17-23 | 10-17-23 | Baboulis |
| 103.8 | CCTV East Foyer Facing East at 3:11 p.m. | 10-17-23 | 10:17-23 | Baboulis |
| 103.9 | Compilation video combining Rotunda and East Foyer CCTV with Gov Ex 202.8 | 10/17/23 | 10/17/23 | Coletti |
| 103.10 | CCTV NW Capitol Grounds 1:50 p.m. to 2:10 p.m. | 10-17-23 | 10-17-23 | Baboulis |
| 103.10a | Still frame of Gov Ex 103.10 with Loganbill circled at 1:59 | 10-17-23 | 10-17-23 | Baboulis |
| 103.10b | Still frame of Gov Ex 103.10 with Loganbill circled at 2 p.m. | 10-17-23 | 10-17-23 | Baboulis |
| 103.10c | Still frame of Gov Ex 103.10 with Loganbill circled at 2:04 p.m. | 10-17-23 | 10-17-23 | Baboulis |

| | | | | | |
|---|---|---|---|---|---|
| 103.10d | Still frame of Gov Ex 103.10 with Loganbill circled at 2:06 p.m. | 10-17-23 | 10-17-23 | Baboulis | |
| 103.10e | Still frame of Gov Ex 103.10 with Loganbill circled at 2:09::37 p.m. | 10-17-23 | 10-17-23 | Baboulis | |
| 103.10f | Still frame of Gov Ex 103.10 with Loganbill circled at 2:09:53 p.m. | 10-17-23 | 10-17-23 | Baboulis | |
| 103.10g | Still frame of Gov Ex 103.10 with Loganbill circled at 1:50 p.m. | 10-17-23 | 10-17-23 | Baboulis | |
| 103.11 | CCTV NW Stairs outside of the Capitol at 2:34 p.m. | 10-17-23 | 10-17-23 | Baboulis | |
| 103.12 | CCTV of the NW section of Capitol Grounds at 1:48 p.m. to 1:50 p.m. | 10/17/23 | 10/17/23 | | |
| 103.12a | Still frame of Gov Ex 103.12 with the defendant circled entering the area. | 10/18/23 | 10/18/23 | Brown | |
| 103.12b | Still frame of Gov Ex 103.12 with the defendant circled near the portable restroom. | 10-17-23 | 10-17-23 | Baboulis | |
| **200 Series – Rioter, Civilian Videos, and Custodial Interview** | | | | | |
| 201 | Still Frames and Pictures from Open-Source | 10/17/23 | 10/17/23 | | |
| 201.1 | Defendant Walking to Capitol without helmet | 10/17/23 | 10/17/23 | | |
| 201.2 | Defendant near Capitol with helmet | 10/17/23 | 10/17/23 | | |
| 201.3 | Defendant in Capitol with gas mask on | 10-17-23 | 10-17-23 | Baboulis | |
| 201.4 | Defendant on Capitol steps with helmet | 10-17-23 | 10-17-23 | Baboulis | |
| 201.5 | Defendant at the Bottom of the Capitol steps | 10-17-23 | 10-17-23 | Baboulis | |
| 202 | Open-Source Videos | 10/17/23 | 10/17/23 | | |
| 202.1 | Loganbill walking to Capitol with Alex Jones | 10/18/23 | 10/18/23 | Brown | |

| 202.2 | Broyles Video LWT | 10-17-23 | 10-17-23 | Baboulis | |
| 202.3 | Loganbill Enters Rotunda first time | 10-17-23 | 10-17-23 | Baboulis | |
| 202.4 | Hallway off Rotunda just before Loganbill enters | 10-17-23 | 10-17-23 | Baboulis | |
| 202.5 | Loganbill walks through hallway off the Rotunda | 10-17-23 | 10-17-23 | Baboulis | |
| 202.6 | Loganbill reenters Rotunda from hallway off Rotunda | 10/17/23 | 10/17/23 | | |
| 202.7 | Loganbill reenters Rotunda from hallway second angle | 10/17/23 | 10/17/23 | | |
| 202.8 | Loganbill in Rotunda and forced out to East Foyer | 10/17/23 | 10/17/23 | | |
| 202.9 | Loganbill moving from Rotunda to East Foyer second angle | 10/17/23 | 10/17/23 | | |
| 202.10 | Loganbill exits the Capitol | 10/17/23 | 10/17/23 | | |
| 202.11 | Loganbill remains on the Capitol steps | 10-17-23 | 10-77-23 | Baboulis | |
| 203 | Other Defendant Videos | 10/17/23 | 10/17/23 | | |
| 203.1 | Upper West Terrace Door with mob and fire alarms | 10/17/23 | 10/17/23 | | |
| 203.2 | Upper West Terrace Door with crowd chanting just before breach | 10/17/23 | 10/17/23 | Millard | |
| 203.3 | Upper West Terrace Door with crowd chanting just before breach, second video | 10/17/23 | 10/17/23 | | |
| **300 Series – Cellphone and Social Media Evidence From Loganbill** | | | | | |
| 301 | Loganbill's Cell phone | 10/17/23 | 10/17/23 | | |
| 301.1 | Video taken by Loganbill walking to the Capitol with the crowd chanting, "Trump won" | 10/18/23 | 10/18/23 | Brown | |
| 301.2 | Video of Loganbill talking into the camera as he walks to the Capitol | 10/17/23 | 10/17/23 | | |

| 301.3 | Video taken by Loganbill of Alex Jones | 10/18/23 | 10/18/23 | Brown | |
| 301.4 | Video taken by Loganbill of the LWT | 10/18/23 | 10/18/23 | Brown | |
| 301.5 | Video taken by Loganbill on LWT you can hear the mob chanting, "USA," "forward," "lets take back our country we only have one shot" | 10/18/23 | 10/18/23 | Brown | |
| 301.6 | Video taken by Loganbill in a room off the Rotunda wearing a gas mask | 10/18/23 | 10/18/23 | Brown | |
| 301.7 | Video taken by Loganbill in the Rotunda | 10/18/23 | 10/18/23 | Brown | |
| 301.8 | Text message to Tamera, "Supposed to meet up with a group of 1000+ military guys tomorrow" | 10/17/23 | 10/17/23 | | |
| 301.9 | Text message to Tamera instructing her to download WhatsApp (encrypted) and send some info he wouldn't share over messenger. | 10/18/23 | 10/18/23 | Brown | |
| 301.10 | Text message to Tamera, "not a single Democratic protester" | 10/17/23 | 10/17/23 | | |
| 301.11 | Text message to Tamera, "Are you watching what's going on in the house/ elector certification" | 10/18/23 | 10/18/23 | Brown | |
| 301.12 | Text message to Tamera, "I just came out from inside" | 10/17/23 | 10/17/23 | | |
| 301.13 | Text message to Tamera about deleting his facebook | 10/18/23 | 10/18/23 | Brown | |
| 301.14 | Text message to Tamera that it won't get easier in the coming days and that he will not sit idly by and leave his grandchildren a communist country | 10/17/23 | 10/17/23 | | |
| 301.15 | Text message with Brian. After being asked if he is alive, Loganbill responds with a video of him inside the Capitol with a gas mask | 10/17/23 | 10/17/23 | | |

| | | | | | |
|---|---|---|---|---|---|
| 301.16 | Text message to Brian stating that he told a police officer "we came peacefully this time, next time we won't" | 10/17/23 | 10/17/23 | | |
| 301.17 | Text message to Brian stating that it was him in the video (Gov Ex 301.4 | 10/17/23 | 10/17/23 | | |
| 301.18 | Text message to Trey stating, "after they fired about 10 canisters into the crowd, we took the capital . . . just pushed through the line." | 10/18/23 | 10/18/23 | Broam | |
| 301.19 | Text message to Trey stating, "they gassed us inside as well" | 10/17/23 | 10/17/23 | | |
| 301.20 | Text message with Kirk Broyles asking if he should bring a cooler for "ear necklaces" | 10/17/23 | 10/17/23 | | |
| 301.21 | Text message to Matt stating he was going to DC, "We're rolling heavy" | 10/17/23 | 10/17/23 | | |
| 301.22 | Text message to an unsaved contact, "We are heading out, most everything is over, hope we sent a message, hope they got the message." | 10/18/23 | 10/18/23 | Brow | |
| 301.23 | Photo sent to Sean via text message. Photo depicts Loganbill on the East Capitol steps drinking a Mountain Dew | 10/17/23 | 10/17/23 | | |
| 301.24 | Video taken by Loganbill near the Old Senate Chamber | 10/17/23 | 10/17/23 | | |
| 302 | Loganbill's Facebook (FB) | 10/17/23 | 10/17/23 | | |
| 302.1 | Loganbill FB Profile Page | 10/17/23 | 10/17/23 | | |
| 302.2 | Loganbill FB Profile Picture | 10/17/23 | 10/17/23 | | |
| 302.3 | Screenshot of picture collage in/around the Capitol with FB post by Loganbill cut off. | 10/17/23 | 10/17/23 | | |
| 302.4 | Screenshot of picture collage in/around the Capitol with FB post by Loganbill. Picture | 10/17/23 | 10/17/23 | | |

| | | | | | |
|---|---|---|---|---|---|
| | collage cut off. | | | | |
| 302.5 | Screenshot of Loganbill reply, "I crawled under the scaffolding . . . and into the Capitol." | 10/17/23 | 10/17/23 | | |
| 302.6 | Screenshot of Loganbill reply, "looks like it may be a long drawn out affair." | 10/17/23 | 10/17/23 | | |
| 302.7 | FB post, "It's harder to get into Costco than the U.S. Capital" | 10/17/23 | 10/17/23 | | |
| 302.8 | FB reply, "Then we pushed forward and broke the line into the Capitol" | 10/17/23 | 10/17/23 | | |
| 302.9 | Loganbill's FB groups | 10/17/23 | 10/17/23 | | |
| 302.10 | FB post regarding democrats cheating and ballot's not registering | 10/17/23 | 10/17/23 | | |
| 302.11 | Searches for election results and election 2020 | 10/17/23 | 10/17/23 | | |
| 302.12 | FB comment, "Democrats too stupid to, even cheat right." | 10/17/23 | 10/17/23 | | |
| 302.13 | FB comment regarding lost ballot are never for R candidates | 10/17/23 | 10/17/23 | | |
| 302.14 | FB minfeed regarding democrats cheating on the election | 10/17/23 | 10/17/23 | | |
| 302.15 | FB comment regarding Trump winning by a large margin in various states. He hope Trump "catch these traitors." | 10/17/23 | 10/17/23 | | |
| 302.16 | FB comment regarding RINOs giving up election fight | 10/17/23 | 10/17/23 | | |
| 302.17 | FB minified regarding democrats cheating and voter fraud | 10/17/23 | 10/17/23 | | |
| 302.18 | FB comment regarding 887,000+ new voters | 10/17/23 | 10/17/23 | | |
| 302.19 | FB comment, "If a person isn't willing to fight for one (the right to vote,) I doubt they will fight for others." | 10/17/23 | 10/17/23 | | |

| 302.20 | FB comment on accepting stolen election and barely making a wimper. | 10/17/23 | 10/17/23 | | |
| 302.21 | FB comment, "I will not go quietly into the night." | 10/17/23 | 10/17/23 | | |
| 302.22 | FB minified, "Biden IS NOT winning." | 10/17/23 | 10/17/23 | | |
| 302.23 | FB Comment regarding PA ballots being thrown out | 10/17/23 | 10/17/23 | | |
| 302.24 | FB comment regarding Michigan called a special session regarding voting. | 10/17/23 | 10/17/23 | | |
| 302.25 | FB comment regarding Rudy outlining all of the fraud | 10/17/23 | 10/17/23 | | |
| 302.26 | FB comment, "NEVER Concede !" | 10/17/23 | 10/17/23 | | |
| 302.27 | FB comment, "The presidency has not been decided" | 10/17/23 | 10/17/23 | | |
| 302.28 | FB post with a GIF (Gov Ex 302.29, War is Coming) with status, "You think Democrats want unity." Comments and Loganbill's comment in response, "I don't see any other outcome." | 10/18/23 | 10/18/23 | Brown | |
| 302.29 | War is coming GIF from FB post (Gov Ex 302.28). | 10/18/23 | 10/18/23 | Brown | |
| 302.30 | FB minified, "More election fraud . . ." | 10/17/23 | 10/17/23 | | |
| 302.31 | FB post regarding the electoral count outlining different states, electoral vote totals, and December 14 being the date for President Elect | 10/17/23 | 10/17/23 | | |
| 302.32 | Picture shared with exhibit 302.31 outlining how Congress can decide the election due to fraud | 10/17/23 | 10/17/23 | | |
| 302.33 | FB comment regarding extra ballots and fraud | 10/17/23 | 10/17/23 | | |
| 302.34 | FB status update regarding PA election challenges and picking of electors | 10/17/23 | 10/17/23 | | |

| | | | | | |
|---|---|---|---|---|---|
| 302.35 | FB comment, "I will fight with sticks and rocks if I run out of ammo." | 10/17/23 | 10/17/23 | | |
| 302.36 | FB minified regarding reading lawsuits, watching hearings, reading affidavits and how the election was rigged. | 10/17/23 | 10/17/23 | | |
| 302.37 | FB comment, "I'm going to riot and burn some stuff down – just as soon as I get caught up with work." | 10/17/23 | 10/17/23 | | |
| 302.38 | FB comment that we conservatives have been silent too long | 10/17/23 | 10/17/23 | | |
| 302.39a | FB comment that he has not given up and that the hard fight is coming | 10/17/23 | 10/17/23 | | |
| 302.39b | FB comment that he is not optimistic they have the fortitude to uphold the constitution | 10/17/23 | 10/17/23 | | |
| 302.39c | FB comment that he prayed it wouldn't come to this and that he is at peace with what comes next | 10/17/23 | 10/17/23 | | |
| 302.39d | FB comment that he will not die peacefully and hand his grandchildren a communist county, that he will give his all | 10/17/23 | 10/17/23 | | |
| 302.39e | FB comment that the USA will cease to exist if SCOTUS does not side with his side. That the USA is done. | 10/17/23 | 10/17/23 | | |
| 302.39f | FB comment that the hard fight is coming | 10/17/23 | 10/17/23 | | |
| 302.39g | FB comment that he will stand up to evil because the leaders will not | 10/17/23 | 10/17/23 | | |
| 302.39h | FB comment that there is no rule of law because SCOTUS and states are not following the law. | 10/17/23 | 10/17/23 | | |
| 302.40 | FB post regarding most fraudulent election ever | 10/17/23 | 10/17/23 | | |

| 302.41 | FB comments by Loganbill and others context (some responses omitted) relating to USSC rejecting a voter fraud law suit and how the country is over | 10/17/23 | 10/17/23 | | |
| 302.42 | FB comment about voter fraud being the end of the USA | 10/17/23 | 10/17/23 | | |
| 302.43 | FB comment to two senators regarding voter fraud and how they will be held accountable for not representing the people. | 10/17/23 | 10/17/23 | | |
| 302.44 | FB comment to Sen McConnell about voter fraud and how they will be held accountable for not representing the people. | 10/17/23 | 10/17/23 | | |
| 302.45 | FB comment, "Those people need to hang." | 10/17/23 | 10/17/23 | | |
| 302.46 | FB comment, "They haven't seen a riot , till our side gets started." | 10/17/23 | 10/17/23 | | |
| 302.47 | FB minified regarding counting electoral votes on January 6 and how Pence should be behind glass and they come up with additional votes for Trump | 10/18/23 | 10/18/23 | Brown | |
| 302.48 | FB post about standing up to democrats that stole the election | 10/17/23 | 10/17/23 | | |
| 302.49 | FB post to call a senator about challenging the electoral vote on January 6 with picture (Gov Ex 302.50) | 10/18/23 | 10/18/23 | Brown | |
| 302.50 | PB Picture posted with Gov Ex 302.49 | 10/17/23 | 10/17/23 | | |
| 302.51 | FB comment asking for advice for a trip to DC on Jan 6 | 10/17/23 | 10/17/23 | | |
| 302.52 | FB message discussing objecting to the electoral college vote and previous instances where objections were lodged | 10/17/23 | 10/17/23 | | |
| 302.53 | FB message stating Loganbill is thinking about going to DC for the Stop the Steal rally | 10/17/23 | 10/17/23 | | |

| 302.54 | FB status on details of where to be in DC on Jan 6 | 10/17/23 | 10/17/23 | | |
| 302.55 | FB comment, "mine will come down to if Biden is inaugurated" | 10/17/23 | 10/17/23 | | |
| 302.56 | FB comment stating, "All most there, to stand beside him, behind him, or in front of him. We are here to do our part to save this nation." | 10/17/23 | 10/17/23 | | |
| 302.57 | FB comment regarding having a 1,000 ex-military in his group so they will not be a target. | 10/17/23 | 10/17/23 | | |
| 302.58 | FB post with video (Gov Ex 302.59) stating, "historic day" | 10/17/23 | 10/17/23 | | |
| 302.59 | FB video posted with Gov Ex 302.58. Loganbill marching to the Capitol | 10/17/23 | 10/17/23 | | |
| 302.60 | FB post with video (Gov Ex 302.61) of Loganbill recording Alex Jones outside the Capitol. Loganbill is asked in the comments if he went inside the Capitol and he gives a thumbs up and states he broke into the Capitol after being tear gassed. | 10/18/23 | 10/18/23 | brown | |
| 302.61 | FB video posted with Gov Ex 302.60. Loganbill recorded this video of Alex Jones stating the politicians have bitten off more than they can chew, that the American sleeping giant is awake, he states the election is stolen. Jones ends by saying 1776 vs the new world order and the crowd cheers | 10/17/23 | 10/17/23 | | |
| 302.62 | FB messages where Loganbill states he went to DC, he shares a video of himself in a gas mask and he states, "I take my freedom seriously, my grand children's even more so" and "it's not going to get easier or better" | 10/17/23 | 10/17/23 | | |

| 302.63 | Video shared in Gov Ex 302.62. Video shows Loganbill inside the Capitol in a gas mask. | 10/17/23 | 10/17/23 | | |
|---|---|---|---|---|---|
| 302.64 | FB comments to post of Jan 6 riot. Loganbill states he went under scaffolding and that it was crammed. This is the official FB record of the screen shot (Gov Ex 302.5) | 10/18/23 | 10/18/23 | Brown | |
| 302.65 | FB comment stating, "we were trying every means possible to stop these idiots from stealing the presidency and destroying this nation." | 10/18/23 | 10/18/23 | Brown | |
| 302.66 | FB comment stating police officers stopped them outside the chamber and that after 10-15 minutes of back and forth the mob walked out. | 10/18/23 | 10/18/23 | Brown | |
| 302.67 | FB comment that the USA died when SCOTUS refused to hear the state's election cases | 10/17/23 | 10/17/23 | | |
| 302.68 | FB comment about how easy they took the Capitol peacefully, next time . . . | 10/17/23 | 10/17/23 | | |
| 302.69 | FB comment that Antifa broke windows in the Capitol and that the rest of them "were there to show that 'we' could take what we wanted peacefully. And we did . . . " | 10/18/23 | 10/18/23 | Brown | |
| 302.70 | FB comment regarding the police sending tear gas into the crowd and it set the crowd off | 10/17/23 | 10/17/23 | | |
| 302.71 | FB comment stating he told a commanding officer in the Capitol, "you saw what we accomplished without violence, if/when we come back it will not be this peaceful." | 10/17/23 | 10/17/23 | | |
| 302.72 | FB comment, "We rioted before" | 10/17/23 | 10/17/23 | | |
| 302.73 | FB comment recounting telling a police officer that they will | 10/17/23 | 10/17/23 | | |

| | | | | | |
|---|---|---|---|---|---|
| | not be peaceful when they return | 10/17/23 | 10/17/23 | | |
| 302.74 | FB comment, "Me when it was my turn to walk." Comment also contains a picture of Loganbill with a gas mask on. | 10/17/23 | 10/17/23 | | |
| 302.75 | FB comment, "shoving is not violence" | 10/17/23 | 10/17/23 | | |
| 302.76 | FB post calling Richard Barnett a hero for breaking into the Speaker's office | 10/17/23 | 10/17/23 | | |
| 302.77 | FB comment where Loganbill says he deleted his post about entering the Capitol due to the FBI looking into it. | 10/18/23 | 10/18/23 | | |
| 302.78 | FB comment that the laws do not matter anymore because states do not follow their Constitutions and SCOTUS refuses to hear grievances between states | 10/17/23 | 10/17/23 | | |
| 302.79a | FB message where Loganbill is asked for photos and video from Jan 6 and Loganbill sends two pictures of himself and two videos (part 1 of message) | 10/18/23 | 10/18/23 | Brown | |
| 302.79b | FB message where Loganbill is asked for photos and video from Jan 6 and Loganbill sends two pictures of himself and two videos (part 2 of message) | 10/18/23 | 10/18/23 | Brown | |
| 302.80 | Video 1 sent in Gov Ex 302.79. Video is taken by Loganbill on Jan 6 in the Rotunda | 10/18/23 | 10/18/23 | Brown | |
| 302.81 | Video 2 sent in Gov Ex 302.79. Video is taken by Loganbill on Jan 6 in the Rotunda with a horizontal orientation. | 10/18/23 | 10/18/23 | Brown | |
| 302.82 | FB message stating there "was a face off for about 10 minutes – of JUST yelling back and forth . . . The only place they wouldn't give was the hallway towards the Rep. chamber" | 10/17/23 | 10/17/23 | | |

| 302.83 | FB message stating this only motivated our group to be more prepared | 10/17/23 | 10/17/23 | | |
| 302.84 | FB message where he states that he hope Trump does the insurrection act soon and "I think he's done, the political fight is over, there's only one thing left." | 10/17/23 | 10/17/23 | | |
| 302.85 | FB comment that he is selling a "civil unrest" package of AR rifles, various sights, magazines, and ammo. | 10/17/23 | 10/17/23 | | |
| 302.86 | FB comment stating Dominion did not count Trump supporters votes | 10/17/23 | 10/17/23 | | |
| 302.87 | FB post discussing fishy voting numbers. | 10/17/23 | 10/17/23 | | |
| 302.88 | FB reply asking what the person did to stop the destruction | 10/17/23 | 10/17/23 | | |
| 302.89 | FB comment stating his flag is upside down and at half-mast. He states that he will take his flag down January 20. | 10/17/23 | 10/17/23 | | |
| 303 | Digital Storage Devices | 10/17/23 | 10/17/23 | | |
| 303.1 | Picture of a desk in the Speaker of the House's office stating, "WE WILL NOT BACK DOWN" | 10/17/23 | 10/17/23 | | |
| 303.2 | Metadata from 303.1 showing it was downloaded January 7, 2021 | 10/17/23 | 10/17/23 | | |
| 303.3 | Document written by Loganbill about his time on Capitol Grounds | 10/18/23 | 10/18/23 | Brown | |
| **400 Series – Physical Evidence** | | | | | |
| 401 | Portable Two-Way Radio | 10/17/23 | 10/17/23 | | |
| **500 Series – Legal and Congressional Records** | | | | | |

| 501 | Twelfth Amendment to U.S. Constitution | 10/17/23 | 10/17/23 | | |
| 502.1 | 3 U.S.C. § 15 | 10-17-23 | 10-17-23 | Baboulis | |
| 502.2 | 3 U.S.C. § 16 | 10-17-23 | 10-17-23 | Baboulis | |
| 502.3 | 3 U.S.C. § 17 | 10-17-23 | 10-17-23 | Baboulis | |
| 502.4 | 3 U.S.C. § 18 | 10-17-23 | 10-17-23 | Baboulis | |
| 503 | Congressional Record of the Senate, Wednesday, January 6, 2021 | 10-17-23 | 10-17-23 | Baboulis | |
| 504 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | 10-17-23 | 10-17-23 | Baboulis | |
| 505 | Concurrent Resolution, dated January 3, 2021 | 10/17/23 | 10/17/23 | | |
| 506 | US Capitol Survey Map | 10/17/23 | 10/17/23 | | |
| 507 | Timeline of Election Cert Video | 10/17/23 | 10/17/23 | | |
| 508 | Certification of Congressional Videos | 10/17/23 | 10/17/23 | | |
| **600 Series – Other** | | | | | |
| 601 | Capitol Riot Overview Video | 10-17-23 | 10-17-23 | Baboulis | |
| 601.1 | Screenshot of Gov Ex 600 (overhead view of Capitol) | 10/17/23 | 10/17/23 | | |
| 601.2 | Zoomed in screenshot of 601.1 | 10-17-23 | 10-17-23 | Baboulis | |
| 602 | LWT CCTV Time-lapse Video | 10-17-23 | 10-17-23 | Baboulis | |
| 603 | Evacuation of VP Video | 10/17/23 | 10/17/23 | | |
| 604 | Capitol restricted perimeter map | 10-17-23 | 10-17-23 | Baboulis | |
| 605.1 | Area closed signs along outer perimeter | 10-17-23 | 10-17-23 | Baboulis | |

| 605.2 | Mob outside of Capitol with fencing and area closed signs | 10-17-23 | 10-17-23 | Baboulis | |
| 605.3 | Mob pushing into bike racks | 10-17-23 | 10-17-23 | Baboulis | |
| 605.4 | View of Capitols outer and middle perimeters | 10-17-23 | 10-17-23 | Baboulis | |
| 605.5 | Bike rack with area closed sign | 10-17-23 | 10-17-23 | Baboulis | |
| 605.6 | LWT with downed bike rack fencing and intact plastic fencing | 10/17/23 | 10/17/23 | | |
| 605.7 | LWT fencing and police in riot gear | 10/17/23 | 10/17/23 | | |
| 605.8 | LWT mob throwing tear gas back | 10/17/23 | 10/17/23 | | |
| 605.9 | Mob on restricted grounds of LWT | 10/17/23 | 10/17/23 | | |
| 605.10 | LWT on January 6, 2021 | 10/17/23 | 10/17/23 | | |
| 605.11 | LWT with police surrounded | 10/17/23 | 10/17/23 | | |
| 606 | Map of Interior of the Capitol | 10-17-23 | 10-17-23 | Baboulis | |
| **700 Series – Stipulations** | | | | | |
| 701 | Capitol Buildings and Grounds and Electoral Certification | 10/17/23 | 10/17/23 | | |
| 702 | Capitol CCTV Cameras | 10-17-23 | 10-17-23 | Baboulis | |
| 703 | ID of Defendant | 10/17/23 | 10/17/23 | | |
| 704 | Loganbill's Cell Phone and Social Media | 10/18/23 | 10/18/23 | Brown | |
| 705 | Time Conversion UTC to EST/CST | 10/17/23 | 10/17/23 | | |
| 706 | Loganbill's presence on the Lower West Terrace | 10-17-23 | 10-17-23 | Baboulis | |