Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

UNITED STATES OF AMERICA
VS.
MATTHEW EUGENE LOGANBILL

Civil/Criminal No. 21-cr-593 (ABJ)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | CCTV Upper West Terrace Door - Loganbill Entering Capitol | 10/17/23 | 10/17/23 | | |
| 2 | CCTV Upper West Terrace Hallway - Loganbill Hallway to Rotunda | 10/17/23 | 10/17/23 | | |
| 3 | CCTV - Rotunda Door Interior - Loganbill Exiting Building | 10/17/23 | 10/17/23 | | |
| 4 | Loganbill Facebook Comment - 2021-01-16 - "Didn't see any violence.." | 10/17/23 | 10/17/23 | | |
| 5 | Loganbill Facebook Comment - 2021-01-07 - "The police at the door..." | 10/17/23 | 10/17/23 | | |
| 6 | Loganbill Facebook Comment - 2021-01-07 - "I was there.." | 10/17/23 | 10/17/23 | | |
| 7 | Ofc. Tomasula BWC 1 - MPD-005-00000033 | 10/17/23 | 10/17/23 | | |
| 8 | Ofc. Tomasula BWC 2 - MPD-005-00000035 | 10/17/23 | 10/17/23 | | |
| 9 | Det. Leiva BWC - 20210106_141258 | 10/17/23 | 10/17/23 | | |
| 10 | Facebook Messages with Larry Sensenig | 10/17/23 | 10/17/23 | | |

| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | Civil/Criminal No. | 21-cr-593 (ABJ) |
| Plaintiff | ☐ | | | | |
| Defendant | ✓ | MATTHEW EUGENE LOGANBILL | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | 0608_USCG_00_West_Front_North_-_2021-01-06_18h47min08s - Loganbill on Grounds 1 | 10/17/23 | 10/17/23 | | |
| 12 | 0608_USCG_00_West_Front_North_-_2021-01-06_18h56min05s - Loganbill on Grounds 2 | 10/17/23 | 10/17/23 | | |
| 13 | Video of Hallway - 618 - MAH02954 | 10/17/23 | 10/17/23 | | |
| 14 | Video Entering Door - 628 - Upper West Terrace Door | 10/17/23 | 10/17/23 | | |
| 15 | Photo of Loganbill at Portable Bathrooms | 10-17-23 | 10-17-23 | Baboulis | |