UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATT LOGANBILL,<br><br>             Defendant. | Crim. Action No. 23CR289 (ABJ) |

## ORDER

Upon consideration of the defendant's motion to stay the sentencing hearing in this matter pending the Supreme Court's decision in *United States v. Fischer*, it is hereby ORDERED that the motion is GRANTED. Sentencing in this matter is stayed until further notice of the Court.

_____
Amy Berman Jackson
District Judge