UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 23-cr-289 (ABJ) |
| | : | |
| **MATT LOGANBILL,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF RULING IN
## UNITED STATES V. FISCHER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice pursuant to the Court's January 11, 2024 Minute Order. On June 28, 2024, the United States Supreme Court issued its ruling in *United States v. Fischer*.

We are evaluating the decision, which affects many defendants in this prosecution. In *Fischer*, the Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." However, the Court did not reject the application of 1512(c)(2) to January 6. Rather, the Court explained that the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding – such as witness testimony or intangible information– or attempted to do so. The Supreme Court has remanded the case to the D.C. Circuit for further proceedings. Through those further proceedings, the Court of Appeals will interpret the scope of the statute in light of the today's decision. Out of respect for judicial economy, and to ensure a uniform and consistent approach before each judge of the District and

Circuit, we will evaluate our approach to 1512(c)(2) carefully.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:       /s/_____
               BRIAN BRADY
               D.C. Bar Number 1674360
               Trial Attorney
               U.S. Department of Justice, Crim. Div.
               Detailed to the D.C. U.S. Attorney's Office
               601 D St. NW
               Washington, D.C. 20530
               BBrady@usa.doj.gov
               (202) 834-1916