UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-00289-ABJ |
| : | |
| MATT LOGANBILL : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE TO THE COURT REGARDING PROPOSED SURREPLY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice to the Court regarding its intention to seek leave to file a surreply to Defendant's Reply to ECF No. 44. *See* ECF No. 46.

On September 3, 2024, defendant Matt Loganbill submitted a 13-page reply brief in further support of his six-page Motion to Reconsider Finding of Guilt on Counts One, Two, and Three, ECF No. 42. In his reply brief, Loganbill raises a number of new arguments to which the Government seeks to respond. For example, Loganbill mistakenly limits the holding of *Reynoso* to the context of 18 U.S.C. § 922(g) and, separately, cites the double jeopardy clause as a bar to retrial. Accordingly, the United States intends to seek leave to file a surreply, with a proposed surreply, by September 24, 2024.

1

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    /s/ *Alexander Diamond*
        ALEXANDER M. DIAMOND
        NY Bar No. 5684634
        Assistant United States Attorney
        District of Columbia
        601 D St. NW
        Washington, DC 20530
        (202) 506-0427
        Alexander.Diamond@usdoj.gov

        /s/_____
        BRIAN BRADY
        D.C. Bar Number 1674360
        Trial Attorney
        U.S. Department of Justice, Crim. Div.
        Detailed to the D.C. U.S. Attorney's Office
        601 D St. NW
        Washington, D.C. 20530
        BBrady@usa.doj.gov
        (202) 834-1916