UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO. 23-cr-289 (ABJ)** |
| : | |
| **MATT LOGANBILL,** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S MOTION FOR LEAVE
### TO FILE SURREPLY TO DEFENDANT'S REPLY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves for leave to file the attached Surreply to the defendant's Reply to ECF No. 44 (government's Response to the defendant's Motion for Reconsideration), *See* ECF No. 46, for the reasons described in the government's Notice of Proposed Surreply, ECF No. 47. Because the defendant's reply raises new arguments, a surreply is appropriate. *See Lopez v. Council on American-Islamic Relations Action Network, Inc.*, 657 F. Supp. 2d 104, 105 (D.D.C. 2009) ("It is within the court's authority to grant leave to file a sur-reply when the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply.") (internal quotation omitted).

WHEREFORE, the United States respectfully moves this Court for leave to file the attached surreply.

       Respectfully submitted,

         MATTHEW M. GRAVES
         United States Attorney
         DC Bar No. 481052

       By: */s/ Alexander Diamond*

         ALEXANDER M. DIAMOND
         NY Bar No. 5684634
         Assistant United States Attorney
         District of Columbia
         601 D St. NW
         Washington, DC 20530
         (202) 506-0427
         Alexander.Diamond@usdoj.gov